IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

3.     JOSE MANUEL VERA-TOPETE, a/k/a "Chepo",

        Defendant.

---

## ORDER

---

      Comes on this day to be considered the Motion of the United States to dismiss Counts 2, 11, 13, 14, 17, 18, 19, 20, 23, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38 of the Superseding Indictment as they pertain to Defendant Jose Manuel Vera-Topete.  Having considered same, the Court finds there are good grounds to grant the motion.

      IT IS HEREBY ORDERED that Counts 2, 11, 13, 14, 17, 18, 19, 20, 23, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38 of the Superseding Indictment are hereby DISMISSED as to Defendant Jose Manuel Vera-Topete.

      So Ordered this   25th   day of August, 2006, at Denver, Colorado.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK, CHIEF JUDGE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO